# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **GURINDER SINGH,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | **No.  3:26-CV-00661-LS** |
| | § | |
| **UNITED STATES IMMIGRATION** | § | |
| **AND CUSTOMS ENFORCEMENT,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER TO PAY FILING FEE OR MOVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner Gurinder Singh filed a petition for a writ of habeas corpus on March 6, 2026[1] without paying the filing fee or moving to proceed *in forma pauperis* ("IFP"). The Court therefore orders Petitioner to either pay the filing fee or file an IFP motion by **May 18, 2026**. Failure to do so may result in the dismissal of this case for want of prosecution.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 27, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 1.