# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **GURINDER SINGH,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | No.  3:26-CV-00661-LS |
| | § | |
| **UNITED STATES IMMIGRATION** | § | |
| **AND CUSTOMS ENFORCEMENT,** | § | |
| | § | |
| *Respondent*. | § | |

## ORDER DISMISSING CASE

The Court ordered Petitioner to move to proceed *in forma pauperis* or pay the filing fee by May 18, 2026.[1] As there have been no filings since, the Court **DISMISSES** this case without prejudice for want of prosecution.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 22, 2026.

 

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 7.